# IN THE SUPREME COURT OF TEXAS

════════════

No. 13-0978

════════════

JLG TRUCKING, LLC, PETITIONER,

v.

LAUREN R. GARZA, RESPONDENT

════════════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS

════════════════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fourth District, and having considered the appellate record, briefs, and counsel's argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)      The court of appeals' judgment is reversed;

2)      The cause is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3)      JLG Trucking, LLC, shall recover, and Lauren R. Garza shall pay, the costs incurred in this Court.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Fourth District and to the District Court of Zapata County, Texas, for observance.

Opinion of the Court delivered by Justice Lehrmann

April 24, 2015

\*\*\*\*\*\*\*\*\*\*